**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVE COTTON, | ) | |
| on behalf of plaintiff and the class defined | ) | |
| below, | ) | |
| | ) | |
| Plaintiff, | ) | 10-cv-4709 |
| | ) | |
| vs. | ) | Magistrate Judge Valdez |
| | ) | |
| NATIONAL ACTION FINANCIAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

**1.    Claims/Counterclaims**

　　　Plaintiff claims that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") by using automated equipment to call his cellular telephone without his consent or authorization.  Specifically, Plaintiff claims that Defendant's calls using automated equipment violated the TCPA because he did not authorize the automated placement of calls to his cellular telephone, nor did he furnish his cellular telephone number to Defendant or the putative creditor. Defendant has not filed any counterclaims, and there is no third party complaint.  Defendant denies liability and has raised one affirmative defense in its answer to the complaint.

**2.    Relief Sought**

　　　Plaintiff seeks statutory damages for himself and the class, an injunction against further violations, costs of suit, and such other or further relief as the Court deems just and proper.

**3.    Pending Motions**

　　　Currently pending before the Court is Plaintiff's Preliminary Motion for Class Certification, filed August 27, 2010.  There is no briefing schedule set.

**4.    Current dates**

　　　Currently, there are no dates set for a discovery cut-off, pretrial order or trial.  A proposed Rule 16(b) scheduling order is attached hereto as Exhibit A.

**5.     Discovery**

The parties have not completed any discovery at this time.

**6.     Jury Demand**

Neither party has made a demand for a trial by jury.

**7.     Status of Settlement**

The parties have discussed settlement, but without information about the size of the alleged class and any applicable insurance policies, Plaintiff is unable to make a settlement demand.

Dated: February 25, 2011

| | |
|---|---|
| s/Francis R. Greene | s/Jeffrey D. Pilgrim |
| Francis R. Greene | Jeffrey D. Pilgrim |
| | |
| **Attorney for Plaintiff Cleve Cotton** | **Attorney for Defendant National Action Financial Services** |
| | |
| Daniel A. Edelman | |
| Cathleen M. Combs | Jeffrey D. Pilgrim |
| James O. Latturner | Anna-Katrina S. Christakis |
| Francis R. Greene | Danielle M. Kays |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | GRADY PILGRIM CHRISTAKIS BELL LLP |
| 120 S. LaSalle St., Suite 1800 | 53 W. Jackson Blvd., Suite 1515 |
| Chicago, IL 60603 | Chicago, IL 60604 |
| (312) 739-4200 | (312) 939-6580 |
| (312) 419-0379 (FAX) | (312) 939-0983 |

**CERTIFICATE OF SERVICE**

   I, Francis R. Greene, hereby certify that on February 25, 2011, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System which will cause to be sent notification of such filing via electronic mail to the following parties:

Jeffrey Pilgrim
jpilgrim@gradypilgrim.com

Anna-Katrina S. Christakis
kchristakis@gradypilgrim.com

Danielle M. Kays
dkays@gradypilgrim.com

                s/Francis R. Greene
                Francis R. Greene