**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVE COTTON,<br>on behalf of plaintiff and the class defined below, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | 10-cv-4709 |
| | ) | |
| vs. | ) | Magistrate Judge Valdez |
| | ) | |
| NATIONAL ACTION FINANCIAL<br>SERVICES, INC., | )<br>) | |
| | ) | |
| Defendant. | ) | |

**PARTIES' JOINT MOTION TO STAY BRIEFING OF
AND DISCOVERY RELATED TO DEFENDANT'S
<u>MOTION TO COMPEL ARBITRATION</u>**

Plaintiff Cleve Cotton, and Defendant National Action Financial Services, Inc. ("NAFS"), respectfully ask the Court to enter an order staying the briefing of and discovery related to Defendant's Motion To Compel Arbitration And Stay Proceedings Pending Arbitration ("Motion To Compel Arbitration").

In support of this motion, the parties state as follows:

1. On September 6, 2011, NAFS filed its Motion To Compel Arbitration. (Document 49.)

2. On September 13, 2011, the Court set November 14, 2011 for Plaintiff's response brief to be filed and December 14, 2011 for Defendants's reply brief to be filed. (Document 52.)

3. Since September 13, 2011, the parties have been actively discussing settlement of this case and continue to make progress in that regard. The parties continue to actively discuss settlement, but need additional time to continue those negotiations. Given their progress and the current status of the negotiations, the parties believe that, in the interest of judicial economy and to avoid unnecessary time and expense, the briefing of and discovery related to Defendant's Motion to Compel Arbitration should be stayed.

4. The parties believe that they will be in a position to report to the court whether the case has settled by the second week of January 2012. Accordingly, the parties request that the Court set this matter for a status hearing on January 13, 2012.

WHEREFORE, for the foregoing reasons, the Parties respectfully ask the Court to enter an order staying the briefing of and discovery related to Defendant's Motion to Compel Arbitration.

Respectfully submitted,

| | |
|---|---|
| s/Francis R. Greene | s/Jeffrey D. Pilgrim |
| Francis R. Greene | Jeffrey D. Pilgrim |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Daniel A. Edelman | Jeffrey D. Pilgrim |
| Cathleen M. Combs | Anna-Katrina S. Christakis |
| James O. Latturner | Danielle M. Kays |
| Francis R. Greene | GRADY PILGRIM CHRISTAKIS |
| EDELMAN, COMBS, LATTURNER &     GOODWIN, LLC |     BELL LLP |
| 120 S. LaSalle Street, Suite 1800 | 53 W. Jackson Blvd. |
| | Suite 1515 |
| Chicago, Illinois 60603 | Chicago, IL 60604 |
| (312) 739-4200 | (312) 939-6580 |
| (312) 419-0379 (FAX) | (312) 939-0983 (FAX) |

## **CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on November 10, 2011, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System which will cause to be sent notification of such filing via electronic mail to the following parties:

Jeffrey Pilgrim
jpilgrim@gradypilgrim.com

Anna-Katrina S. Christakis
kchristakis@gradypilgrim.com

Danielle M. Kays
dkays@gradypilgrim.com

              s/Francis R. Greene
              Francis R. Greene