# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CLEVE COTTON and TWANITA TURNER, ) | | |
| on behalf of plaintiff and the class defined ) | | |
| below, ) | 10-cv-4709 | |
| ) | | |
| Plaintiff, ) | Magistrate Judge Valdez | |
| ) | | |
| vs. ) | | |
| ) | | |
| NATIONAL ACTION FINANCIAL ) | | |
| SERVICES, INC., ) | | |
| ) | | |
| Defendant. ) | | |

## PLAINTIFF'S MOTION FOR APPROVAL OF
## FINAL ACCOUNTING OF CLASS SETTLEMENT

Plaintiff, Twanita Turner, respectfully moves the Court for an order approving the final accounting of the class action settlement in the above referenced case. In support of this motion, plaintiff submits the accompanying memorandum.

                                                Respectfully submitted,

                                                s/Francis R. Greene
                                                Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106 (Cook)

## **CERTIFICATE OF SERVICE**

      I, Francis R. Greene, hereby certify that on September 2, 2014, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System which will cause to be sent notification of such filing via electronic mail to the following parties:

Jeffrey Pilgrim
jpilgrim@gradypilgrim.com

Anna-Katrina S. Christakis
kchristakis@gradypilgrim.com

Danielle M. Kays
dkays@gradypilgrim.com

      Furthermore, I hereby certify that on September 2, 2014, I caused the foregoing document to be served by electronic mail upon:

Ryan M. Henderson
rhenderson@wwmlawyers.com

Arthur J. McColgan
amccolgan@wwmlawyers.com

Edward P. Gibbons
egibbons@wwmlawyers.com

                                                       s/ Francis R. Greene
                                                        Francis R. Greene