IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEVE COTTON, TWANITA TURNER on behalf of plaintiffs and the class defined below, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 10 C 4709 |
| v. | ) ) ) | Magistrate Judge Maria Valdez |
| NATIONAL ACTION FINANCIAL SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

## AGREED DISMISSAL ORDER

This matter coming before the Court on Plaintiff Twanita Turner's Motion for Approval of Final Accounting of Class Settlement, IT IS ORDERED:

1. Plaintiff's motion is granted. The Court finds that the distribution of the settlement funds to be proper and in accordance with the settlement agreement.

2. This matter is hereby terminated.

SO ORDERED.  ENTERED:

DATE:   September 18, 2014     _____
HON. MARIA VALDEZ
United States Magistrate Judge